IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                            : Chapter 11
                                                  :
A123 SYSTEMS, INC., et al.,                       : Case No. 12-_____ (____)
                                                  :
        Debtors.[1]                               : Joint Administration Pending
------------------------------------------------------------ x

## NOTICE OF FILING OF REDACTED CONSOLIDATED LIST OF ALL CREDITORS / CREDITOR MATRIX

PLEASE TAKE NOTICE that the above-captioned debtor, on behalf of itself and certain of its debtor affiliates on a consolidated basis (collectively, the "**Debtors**"), has today filed the attached **Redacted Consolidated List of All Creditors / Creditor Matrix** with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: A123 Systems, Inc. (3876); A123 Securities Corporation (5388); and Grid Storage Holdings LLC (N/A). The above-captioned Debtors' mailing address is c/o A123 Systems, Inc., 200 West Street, Waltham, Massachusetts 02451.

RLF1 7394355v.1

Dated: October 16, 2012
      Wilmington, Delaware

/s/ Michael␣Merchant
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Drew G. Sloan (No. 5069)
Amanda R. Steele (No. 5530)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com
      merchant@rlf.com
      sloan@rlf.com
      steele@rlf.com

– and –

D. J. Baker
Caroline A. Reckler
Adam S. Ravin
Matthew L. Warren
Annemarie V. Reilly
LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022-4834
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: dj.baker@lw.com
      caroline.reckler@lw.com
      adam.ravin@lw.com
      matthew.warren@lw.com
      annemarie.reilly@lw.com

*Proposed Counsel for Debtors and Debtors in Possession*

RLF1 7394355v.1