## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------- x
In re:                                                  :  Chapter 11
                                                        :
A123 SYSTEMS, INC., et al.,                             :  Case No. 12-12859 (KJC)
                                                        :
                        Debtors.¹                       :  Jointly Administered
                                                        :
                                                        :  Proposed Hearing Date: Nov. 8, 2012 at 10:00 a.m.
                                                        :  Proposed Objection Deadline: Nov. 2, 2012 at 4:00
                                                        :  p.m.
------------------------------------------------------- x
```

### NOTICE OF MOTIONS AND HEARING

PLEASE TAKE NOTICE that, on October 19, 2012, A123 Systems, Inc. and

certain of its subsidiaries, as debtors and debtors in possession in the above-captioned cases

(collectively, the "**Debtors**") filed the **Motion of Debtors for Entry of Order Approving (I)**

**Key Employee Incentive Plan, (II) Key Employee Retention Plan and (III) Postpetition**

**Severance Plan** (the "**KEIP Motion**") with the United States Bankruptcy Court for the District

of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the

"**Bankruptcy Court**").

PLEASE TAKE FURTHER NOTICE that, contemporaneously with the KEIP

Motion, the Debtors filed the **Motion of Debtors for Entry of an Order Shortening Notice**

**and Objection Periods for Motion of Debtors for Entry of Order Approving (I) Key**

**Employee Incentive Plan, (II) Key Employee Retention Plan and (III) Postpetition**

**Severance Plan** (the "**Motion to Shorten**"), with the Bankruptcy Court, pursuant to which the

---

¹ The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: A123 Systems, Inc. (3876); A123 Securities Corporation (5388); and Grid Storage Holdings LLC (N/A). The above-captioned Debtors' mailing address is c/o A123 Systems, Inc., 200 West Street, Waltham, Massachusetts 02451.

Debtors have requested approval of a shortened notice period and objection deadline relating to the KEIP Motion.

PLEASE TAKE FURTHER NOTICE that, if the Bankruptcy Court grants the relief requested in the Motion to Shorten, (i) a hearing to consider the KEIP Motion will be held before The Honorable Kevin J. Carey, United States Bankruptcy Judge for the District of Delaware, at the Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801 on **November 8, 2012 at 10:00 a.m. (Eastern Time)**, and (ii) objections or responses to the relief requested in the KEIP Motion, if any, must be made in writing, filed with the Bankruptcy Court, and served so as to be received by the proposed undersigned co-counsel to the Debtors on or before **November 2, 2012 at 4:00 p.m. (Eastern Time)**.  In the event that the Bankruptcy Court does not grant the relief in the Motion to Shorten, the Debtors will serve a revised notice of the modified hearing date and/or objection deadline for the KEIP Motion.

PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE KEIP MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE FINAL RELIEF REQUESTED IN THE KEIP MOTION, ON A FINAL BASIS, WITHOUT FURTHER NOTICE OR A HEARING.

RLF1 7443584v.1

Dated: October 19, 2012
       Wilmington, Delaware

Mark D. Collins (No. 2981)
Michael. J. Merchant (No. 3854)
Drew G. Sloan (No. 5069)
Amanda R. Steele (No. 5530)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email: collins@rlf.com
       merchant@rlf.com
       sloan@rlf.com
       steele@rlf.com

– and –

D. J. Baker
Caroline A. Reckler
Adam S. Ravin
Matthew L. Warren
Annemarie V. Reilly
LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022-4834
Telephone:  (212) 906-1200
Facsimile:  (212) 751-4864
Email: dj.baker@lw.com
       caroline.reckler@lw.com
       adam.ravin@lw.com
       matthew.warren@lw.com
       annemarie.reilly@lw.com

*Proposed Counsel for Debtors and Debtors in Possession*