**<u>Exhibit A</u>**

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------ x
In re:                                      :   Chapter 11
                                            :
A123 SYSTEMS, INC., et al.,                 :   Case No. 12-12859 (KJC)
                                            :
            Debtors.¹                       :   Jointly Administered
------------------------------------------------------------ x
```

## ORDER APPROVING (I) KEY EMPLOYEE INCENTIVE PLAN, (II) KEY EMPLOYEE RETENTION PLAN AND (III) POSTPETITION SEVERANCE PLAN

Upon consideration of the motion (the "**Motion**")[2] of the Debtors for entry of an order, pursuant to Sections 105(a), 363 and 503 of the Bankruptcy Code, approving (i) the KEIP, (ii) the KERP and (iii) the Severance Plan, each as described in the Motion; and it appearing that the relief requested is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this Motion is a core proceeding pursuant to 28 U.S.C. § 157; and adequate notice of the Motion and opportunity for objection having been given, with no objections or requests for hearing having been filed, or all objections having been overruled, as the case may be; and it appearing that no other notice need be given; and after due deliberation and sufficient cause therefore, it is hereby

ORDERED, ADJUDGED, AND DECREED that:

1.      The Motion is GRANTED as set forth herein.

---

[1]      The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: A123 Systems, Inc. (3876); A123 Securities Corporation (5388); and Grid Storage Holdings LLC (N/A). The above-captioned Debtors' mailing address is c/o A123 Systems, Inc., 200 West Street, Waltham, Massachusetts 02451.

[2]      Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

2.     The KEIP, the KERP and the Severance Plan are each approved on the terms described in the Motion.

3.     The Debtors are authorized to take all actions necessary to implement the KEIP, the KERP and the Severance Plan, and to make all payments provided under each of such plans.

4.     All amounts earned and payable under the KEIP, the KERP and the Severance Plan shall have administrative expense priority under Bankruptcy Code Sections 503(a) and 507(a)(2) for all purposes in the Chapter 11 Cases and in any other cases under the Bankruptcy Code to which such cases may be converted.

5.     This Order shall be effective and enforceable immediately upon entry, and any stay applicable under the Federal Rules of Bankruptcy Procedure or the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware is hereby expressly waived and shall not apply.

6.     The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

7.     This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2012
            Wilmington, Delaware

                                        _____
                                        THE HONORABLE KEVIN J. CAREY
                                        UNITED STATES BANKRUPTCY JUDGE

RLF1 7448212v.1