IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------ x
In re:                                    :    Chapter 11
                                          :
A123 SYSTEMS, INC.,                       :    Case No. 12-12859 (KJC)
                                          :
              Debtor.                     :
------------------------------------------------------------ x
```

## LIST OF EQUITY SECURITY HOLDERS
### PURSUANT TO FED. R. BANKR. P. 1007(a)(3)

A123 Systems, Inc., the debtor and debtor in possession in the above captioned case, hereby submits the list of equity security holders attached hereto as Exhibit A.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(a)(3).

## DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned officer of the Debtor in the above-captioned case, declare under penalty of perjury that I have read the foregoing statement and it is true and correct to the best of my knowledge, information and belief.

Dated: _Oct 29_____, 2012

_____
David Prystash
Chief Financial Officer

**EXHIBIT A**

## A123 SYSTEMS, INC.
### AS OF OCTOBER 24, 2012

## COMMON STOCKHOLDERS

| Name of stockholder | Mailing address of stockholder | Number of Shares |
|---|---|---|
| AI ZHIGANG | A7 BUILDING CEPZ<br>NO 2 XINZHU ROAD<br>XINGBEI DISTRICT<br>CHANGZHOU<br>CHINA | 306 |
| AISHA N SEGAWA | 23 GRANTLEY STREET UNIT 4<br>HYDE PARK MA 02136 | 687 |
| AISHA SEGAWA | 23 GRANTLEY ST<br>UNIT 4<br>HYDE PARK MA 02136 | 251 |
| ALAN J WILSON | 401 SOUTH MUIRFIELD RD<br>LOS ANGELES CA 90020 | 166 |
| ANDREW DYAS | 8 HAYVIEW<br>7 HESKETH DRIVE<br>PIETERMARIZBURG 3201<br>SOUTH AFRICA | 450 |
| ANGELA YOUNGBLOOD | 7783 TROTTERS PARK STREET<br>YPSILANTI MI 48194 | 1,255 |
| AST EXCHANGE AGENT #16263 | A123 SYSTEMS INC (OLD COM/PFD)<br>C/O CORPORATE ACTIONS<br>6201 15TH AVENUE<br>BROOKLYN NY 11219 | 8,562 |
| BARBARA A CLIFFORD TR | UA 04/06/09<br>BARBARA A CLIFFORD TRUST 2009<br>BOX 214<br>BEDFORD MA 01730 | 500 |
| BENJAMIN HELLWEG | 405 GREENWICH STREET #3A<br>NEW YORK NY 10013 | 2,833 |
| BERNARD E COLLINS | BOX 419<br>WILLISTON ND 58802-0419 | 700 |

## A123 SYSTEMS, INC.
## AS OF OCTOBER 24, 2012

## COMMON STOCKHOLDERS

| Name of stockholder | Mailing address of stockholder | Number of Shares |
|---|---|---|
| C MICHAEL HOFF | 86 AVEBURY CIRCLE<br>BOXBOROUGH MA 01719 | 44,687 |
| CARL S PLATOU | 7455 80TH PL SE<br>MERCER ISLAND WA 98040-5903 | 116 |
| CARMEN GUARINI | C/O OCASA NEW YORK<br>29-76 NORTHERN BLVD<br>LONG ISLAND CITY NY 11101 | 50 |
| CARMEN TSANG | 18 PRESCOTT ST<br>FRAMINGHAM MA 01702 | 3,925 |
| CEDE & CO (FAST ACCOUNT) | PO BOX 20<br>BOWLING GREEN STATION<br>NEW YORK NY 10004 | 281,736,476 |
| CHARLES F CALDWELL | 425 RANGER APT 12<br>HEREFORD TX 79045-2823 | 200 |
| CHARLES ROSS SAPPENFIELD | 2672 UNION STREET<br>SAN FRANCISCO CA 94123 | 497 |
| CHRISTOPHER BUCHBINDER | 25 CORNWALL STREET<br>MILL VALLEY CA 94941 | 100 |
| CHRISTOPHER FISCHER | 1775 ALMA STREET<br>PALO ALTO CA 94301 | 2,135 |
| DANA D HOWELLS | 114 SOUTH JUNE ST<br>LOS ANGELES CA 90004 | 82 |
| DARCY B KOPCHO | 17 VIA DEL CIELO<br>RANCHO PALOS VERDES CA 90275 | 232 |

## A123 SYSTEMS, INC.
## AS OF OCTOBER 24, 2012

## COMMON STOCKHOLDERS

| Name of stockholder | Mailing address of stockholder | Number of Shares |
|---|---|---|
| DAVID H BEEVERS | THE BARN<br>CRANLEIGH RD<br>WONERSH SURREY<br>ENGLAND GU5 0PB | 186 |
| DAVID HOAG | 1163 LONGFELLOW<br>MANHATTAN BEACH CA 90266 | 82 |
| DAVID P VIEAU | A123 SYSTEMS, INC.<br>200 WEST STREET<br>WALTHAM MA 02451 | 887,412 |
| DAVID W SHORT | 11 CHESTNUT LANE<br>CHESWICK PA 15024 | 93 |
| DENISE JOSEPHS CUST | EVAN RYAN<br>UNDER THE NY UNIF GIFT MIN ACT<br>44 SECOR RD<br>SCARSDALE NY 10583 | 300 |
| DIANNE BARNICH | 3296 ADIRONDACK LANE<br>FRISCO TX 75034 | 1,046 |
| DING SHENGWEI | 601 UNIT 1 BUILDING 201<br>GANLANCHENG SHUNYUAN XINCUN<br>XUEJIA TOWN JIANGSU PROVINCE<br>CHINA  412721 | 200 |
| DON SAINSBURY | 11028 LIMBACH CIRCLE<br>INDIANAPOLIS IN 46236 | 50 |
| DONALD D O'NEAL | 3834 PALO ALTO DR<br>LAFAYETTE CA 94549 | 58 |
| DONALD L LAURIE | 282 BEACON STREET<br>BOSTON MA 02116 | 5,000 |
| DOREEN WARD | 150 CENTRAL STREET UNIT 6<br>HUDSON MA 01749 | 500 |

## A123 SYSTEMS, INC.
### AS OF OCTOBER 24, 2012

### COMMON STOCKHOLDERS

| Name of stockholder | Mailing address of stockholder | Number of Shares |
|---|---|---|
| DOUGLAS A CRITCHELL | 1955 FITCHETTS WHARF ROAD<br>MOON VA 23119-2143 | 232 |
| EDWARD A PENNOCK | 10 BAY STREET E SUITE 402<br>THORNBURY<br>ONTARIO N0H 2P0<br>CANADA | 2,625 |
| EDWARD PITTS | 26 NICOSIA RD<br>LONDON<br>SW18 3RN<br>UNITED KINGDOM | 133 |
| EILEEN S HADEN TRUSTEE | THE HADEN REVOCABLE FAMILY TRUST<br>DTD JUNE 14,1997<br>47805 VIA LIVORNO<br>LA QUINTA CA 92253-7712 | 50 |
| ELIZABETH A BURNS | 11 SUNSET DRIVE<br>JEFFERSON TOWNSHIP PA 18436 | 332 |
| ERIC H STERN & | RACHEL KAGANOFF STERN TRUSTEES<br>THE ERIC H STERN & RACHEL KAGANOFF<br>STERN REVOCABLE 1999 TR DTD 3/2/1999<br>1040 NORMAN PLACE<br>LOS ANGELES CA 90049 | 166 |
| ERNESTO J FIGUEIRA | 19 ROSE GARDEN CIRCLE<br>BRIGHTON MA 02135 | 10.313 |
| FRANK S ADAMS | 59 CHAPMAN LOOP<br>STEILACOOM WA 98388 | 5.000 |
| GAOFENG XIAO | A7 BUILDING CEPZ NO 2<br>XINZHU RD<br>XIPEI DISTRICT<br>CHANGZHOU CITY 213127<br>CHINA | 200 |
| GARY B PRINCE & | MARY ANN P PRINCE TR 05/13/11<br>THE PRINCE LIVING TRUST<br>78 LITTLE TURNPIKE RD<br>SHIRLEY MA 01464 | 150 |

4

## A123 SYSTEMS, INC.
### AS OF OCTOBER 24, 2012

### COMMON STOCKHOLDERS

| Name of stockholder | Mailing address of stockholder | Number of Shares |
|---|---|---|
| GE CAPITAL CFE INC | ATTN: JONATHAN PULITZER<br>201 MERRITT 7<br>NORWALK CT 06851 | 800,945 |
| GE CAPITAL EQUITY INVESTMENTS INC | ATTN: JONATHAN PULITZER<br>201 MERRITT 7 P.O.BOX 5201<br>NORWALK CT 06851 | 2,497,918 |
| GE CAPITAL EQUITY INVESTMENTS INC | ATTN: JONATHAN PULITZER<br>201 MERRITT 7<br>NORWALK CT 06851 | 2,382,925 |
| GE CAPITAL EQUITY INVESTMENTS INC | ATTN: JONATHAN PULITZER<br>201 MERRITT 7<br>NORWALK CT 06851 | 1,631,191 |
| GERALD D BASKIN & | AMY L PAUL JT TEN<br>10 FALES RD<br>SHARON MA 02067 | 200 |
| GERALD D BASKIN CUST | RACHEL J BASKIN<br>UNDER THE MA UNIF TRAN MIN ACT<br>10 FALES RD<br>SHARON MA 02067 | 100 |
| GERALD D BASKIN CUST | CHARLES D BASKIN<br>UNDER THE MA UNIF TRAN MIN ACT<br>10 FALES RD<br>SHARON MA 02067 | 100 |
| GILBERT NEAL RILEY JR | A123 SYSTEMS, INC.<br>200 WEST STREET<br>WALTHAM MA 02451 | 374,681 |
| GPSF SECURITIES INC | ATTN: JONATHAN PULITZER<br>201 MERRITT 7<br>NORWALK CT 06851 | 900,277 |
| GURURAJ DESHPANDE | A123 SYSTEMS, INC.<br>200 WEST STREET<br>WALTHAM MA 02451 | 138,607 |
| HELLER FINANCIAL LEASING INC | 201 MERRITT 7<br>NORWALK CT 06851 | 59,766 |

## A123 SYSTEMS, INC.
## AS OF OCTOBER 24, 2012

## COMMON STOCKHOLDERS

| Name of stockholder | Mailing address of stockholder | Number of Shares |
|---|---|---|
| HENRY PUZON | 5905 COZUMEL DRIVE<br>MISSISSAUGA ONTARIO<br>CANADA L5M 6Y7 | 313 |
| HUI TANG | C/O A123 SYSTEMS<br>321 ARSENAL STREET<br>WATERTOWN MA 02472 | 3,000 |
| HUI TENG TAN | 140 BEACON ST 1R<br>BOSTON MA 02116 | 1,500 |
| IAN STEWART GIBSON | C/O CAPITAL INTERNATIONAL INC<br>ONE MARKET STREET<br>STEUART TOWER STE 1800<br>SAN FRANCISCO CA 94015 | 166 |
| IHI CORPORATION | ATTN: YUTAKA YOSHIDA<br>TOYOSU IHI BLDG 1-1<br>TOYOSU 3-CHOME KOTO-KU<br>TOKYO 135-8710<br>JAPAN | 8,454,725 |
| JACQUELINE M SMALL | 1518 PARK ST<br>ATLANTIC BEACH NY 11509-1627 | 800 |
| JAMES A DEPERNO | 570 PORTERVILLE RD<br>EAST AMHERST NY 14051 | 66 |
| JAMES H WADE JR & | TONI G WADE JT TEN<br>102 LOCHEN DR<br>WINTER HAVEN FL 33884-3710 | 200 |
| JAMES K DUNTON | 680 BURLEIGH DR<br>PASADENA CA 91105 | 465 |
| JAMES M BROWN & JOYCE C BROWN TTE | THE BROWN FAMILY TRUST DTD 5/1/96<br>1504 VIA CASTILLA<br>PALOS VERDES PENINSULA CA 90274 | 66 |
| JASON BLOKING | 106 E MIDDLEFIELD ROAD APT A<br>MOUNTAIN VIEW CA 94043 | 4,675 |

6

### A123 SYSTEMS, INC.
### AS OF OCTOBER 24, 2012

### COMMON STOCKHOLDERS

| *Name of stockholder* | *Mailing address of stockholder* | *Number of Shares* |
|---|---|---|
| JEANNE A FEYBUSH | 1779 CHASTAIN PKWY EAST<br>PACIFIC PALISADES CA 90272 | 50 |
| JEFFREY T LAGER & ERIN E LAGER AS | TRUSTEES OF THE LAGER LIVING TRUST<br>DATED AUGUST 22 2005<br>2289 FORESTVIEW AVE<br>HILLSBOROUGH CA 94010 | 198 |
| JENNIFER L HINMAN & MICHAEL | MOODY TRUSTEES THE 1998 MICHAEL<br>MOODY & JENNIFER HINMAN REVOCABLE<br>FAMILY TRUST DATED JAN 12 1998<br>22901 CALIFA ST<br>WOODLAND HILLS CA 91367 | 50 |
| JIN GUANGJIE | CHANGZHOU XIN BEI DISTRICT<br>XIN ZHU ROAD<br>NO2 A7 BUILDING<br>CHINA | 137 |
| JOHN HENRY SEITER & LINDA ANN | SEITER TRUSTEES THE JOHN &<br>LINDA SEITER LIVING TRUST DATED<br>AUG 15 2004<br>534 PALMETTO DR<br>PASADENA CA 91105 | 35 |
| JOHN P WILLIAMS & MARGARET | A WILLIAMS CO-TRUSTEES THE<br>WILLIAMS FAMILY REVOCABLE<br>TRUST UTD JULY 1 1990<br>1420 PARK PL<br>SAN MARINO CA 91108 | 50 |
| JOHN WALKER | 47 TYNGSBORO ROAD<br>WESTFORD MA 01886 | 2,500 |
| JOHN WOOD ALVEY | 90 CLOVERFLIFF DRIVE<br>CHIPPEWA LAKE OH 44215 | 12 |
| JOSEPH ADILETTA | 5 WEST PLACE<br>CAMBRIDGE MA 02139 | 1,000 |
| JOSEPH R HIGDON | P O BOX 122<br>TENANTS HARBOR ME 04860 | 70 |

## A123 SYSTEMS, INC.
### AS OF OCTOBER 24, 2012

### COMMON STOCKHOLDERS

| Name of stockholder | Mailing address of stockholder | Number of Shares |
|---|---|---|
| JULIE D ROTH TRUSTEE | THE J&M ROTH FAMILY TRUST DATED JUNE 6 1996 34292 SHORE LANTERN STREET DANA POINT CA 92629 | 133 |
| KAREN E THOMAS-ALYEA | 157 NEWPORT STREET ARLINGTON MA 02476 | 1.000 |
| LEIGH WILLIAM NIPPRESS | 12 KAY SIANG RD SINGAPORE 248929 | 82 |
| LEONARD L KIM | C/O CAPITAL INTERNATIONAL INC ONE RAFFLES QUAY 33 RD FLOOR NORTH TOWER SINGAPORE 048583 | 596 |
| LESLIE ALEXANDER | 25794 CASTLEREIGH DRIVE FARMINGTON HILLS MI 48336 | 8.888 |
| LI LONG | BUILDING A7 CZPZ XIN ZHU NO. 2 XIN BEI DISTRICT CHANG ZHOU CHINA | 210 |
| LI RENHAI | A7 BUILDING CEPZ NO 2 XINZHU ROAD XINGBEI DISTRICT CHANGZHOU CHINA | 172 |
| LISA F SWAIMAN | 700 W E STREET UNIT 1706 SAN DIEGO CA 92101-5992 | 50 |
| LORI M ROSEN & | JEFFREY ROSEN JT TEN 120 S MAIN ST NATICK MA 01760 | 200 |
| LORI M ROSEN CUST | ABIGAIL R ROSEN UNDER THE MA UNIF TRAN MIN ACT 120 S MAIN ST NATICK MA 01760 | 100 |

8

## A123 SYSTEMS, INC.
### AS OF OCTOBER 24, 2012

### COMMON STOCKHOLDERS

| Name of stockholder | Mailing address of stockholder | Number of Shares |
|---|---|---|
| MARTIN ROMO | 1331 FRANCISCO STREET<br>SAN FRANCISCO CA 94123 | 133 |
| MARTIN W PAYNE | 3416 CENTER ROAD<br>AVON OH 44011 | 12,500 |
| MARVEL B KIRBY TRUSTEE OF | THE KIRBY FAMILY MARITAL TRUST<br>DTD 9/17/04<br>C/O URSULA LENZ<br>333 S HOPE STREET 53RD FLOOR<br>LOS ANGELES CA 90071 | 116 |
| MICHAEL R ERICKSEN | 5 EARLS TERRACE<br>KENSINGTON W86LP<br>UNITED KINGDOM | 1,161 |
| MICHEAL H SCULLY | 313 VELDE AVE<br>PENNSAUKEN NJ 08110 | 22 |
| MIKE HAMMOND | 7804 PLEASANT LANE<br>YPSILANTI MI 48197 | 523 |
| MIKE KNOX CUST | VIVIEN KNOX<br>UNDER THE CA UNIF TRAN MIN ACT<br>28007 REDWOOD GLEN RD<br>VALENCIA CA 91354 | 15 |
| MR JOE CAUDO | THE CAUDO SUPER FUND A/C<br>56 BURKE DRIVE<br>ATTADALE WA 6156<br>AUSTRALIA | 3,000 |
| N PARKER SIMES | 2 18 18 305 HIROO<br>SHIBUYA KU<br>TOKYO 150 0012<br>JAPAN | 163 |
| NONGLAK MEETHONG | C/O MASSACHUSETTS INSTITUTE<br>OF TECHNOLOGY<br>77 MASSACHUSETTS AVE<br>MIT BLDG 13 RM 13-4026<br>CAMBRIDGE MA 02139 | 1,000 |

### A123 SYSTEMS, INC.
### AS OF OCTOBER 24, 2012

### COMMON STOCKHOLDERS

| Name of stockholder | Mailing address of stockholder | Number of Shares |
|---|---|---|
| OPEN FIELD CAPITAL(CAYMAN)LP | FURBS- R GRIFFIN<br>34 THE CRESCENT<br>BARNES<br>LONDON SW13 0NN<br>UNITED KINGDOM | 16.765 |
| OPEN FIELD CAPITAL(CAYMAN)LP | FURBS- J STABLEFORD<br>300 GOLDHAWK ROAD<br>LONDON W12 9PG<br>UNITED KINGDOM | 6.215 |
| PAUL VALLANDE | 216 OAK ST<br>SHREWSBURY MA 01545 | 175 |
| PETER A NYHUS | 14331 HUMMINGBIRD DR<br>PARK RAPIDS MN 56470 | 50 |
| PHILIP HARRIS | 827 S BOND STREET APT 1F<br>BALTIMORE MD 21231 | 3.125 |
| PHILIP ROWE | 1-9-18 SETA<br>SETAGAYA-KU<br>TOKYO 158-0095<br>JAPAN | 70 |
| PHILLIPS 66 COMPANY | ATTN JOE LATIMER<br>PO BOX 4428<br>HOUSTON TX 77210 | 1.087.461 |
| QING XIN | HONG QIAO STREET 89#<br>ZHENJIANG CITY<br>JIANGSU PROVINCE<br>PRC 2/2001 | 300 |
| QIUYU ZHAO | ROOM 202 JIA BULDING #4<br>HUIFENG XINCUN<br>NEW DISTRICT<br>CHANGZHOU JIANGSU<br>CHINA | 750 |
| QUALCOMM INCORPORATED | ATTN: RICHARD F GRANNIS<br>5775 MOREHOUSE DR<br>SAN DIEGO CA 92121 | 5.351.864 |

## A123 SYSTEMS, INC.
## AS OF OCTOBER 24, 2012

### COMMON STOCKHOLDERS

| Name of stockholder | Mailing address of stockholder | Number of Shares |
|---|---|---|
| R F SULLIVAN JR | 5300 IRON HORSE PARKWAY #367<br>DUBLIN CA 94568 | 50 |
| RICHARD HAVAS | 3 ANGUS AVENUE<br>SENNEVILLE QUEBEC<br>CANADA H9X 3Y1 | 116 |
| ROBERT G FOSTER | CHEECK LANE/RTE 175<br>BROOKLIN ME 04616 | 2,268 |
| ROBERT H NEITHART & CHARMEAN | L NEITHART TRUSTEES THE NEITHART<br>FAMILY TRUST DATED OCT 20 1999<br>1450 LOMITA DR<br>PASADENA CA 91106 | 81 |
| ROBERT V PENNINGTON | 9 RED COAT PASS<br>DARIEN CT 06820 | 35 |
| RON BROWN | 6636 E PRESCOTT CT<br>ORANGE CA 92867 | 50 |
| RONNIE D WILKINS | 25 BERWICK STREET<br>MELROSE MA 02176 | 15,000 |
| RUTH M COLLIER | 106 CENTRAL PARK SOUTH #7G<br>NEW YORK NY 10019 | 50 |
| SAMUEL J MARCY | 808 WEATHERBY DR<br>CHEYENNE WY 82007-9146 | 2,500 |
| SHEN YANG | CZEP A7<br>CHANGZHOU CITY<br>JIANGSU<br>CHINA | 250 |
| SPARTA GROUP MA LLC SERIES 6 | C/O SPARTA GROUP MA LLC<br>92 MONTVALE AVENUE<br>SUITE 2500<br>STONEHAM MA 02180 | 6,879,022 |

## A123 SYSTEMS, INC.
## AS OF OCTOBER 24, 2012

### COMMON STOCKHOLDERS

| Name of stockholder | Mailing address of stockholder | Number of Shares |
|---|---|---|
| STEPHEN B LORGING | 61 LEXINGTON CIR<br>HOLDEN MA 01520 | 2,259 |
| STEPHEN L DUBIN & BRENDA S ELLERIN | TTEES OF THE DUBIN-ELLERIN LIV TR DTD<br>AUG 3,2006<br>513 N CAMDEN DR<br>BEVERLY HILLS CA 90210 | 50 |
| STEPHEN LEHNER | 420 WEST END AVENUE #8B<br>NEW YORK NY 10024 | 27,187 |
| STEPHEN S NELSON | 7215 TREVOR COURT<br>CHARLOTTE NC 28270 | 93 |
| STEVEN CONNELL | 1003 BISHOP STREET STE 1410<br>HONOLULU HI 96813 | 332 |
| STEVEN L BARNES | 6471 CORALBERRY COURT<br>NIWOT CO 80503 | 100 |
| STEVEN PRICE | 664 RADCLIFF AVE<br>PACIFIC PALISADES CA 90272 | 50 |
| STEVEN T WATSON & BARBARA WATSON | AS TRUSTEES OF THE STEVEN T WATSON<br>AMENDED & RESTATED REVOCABLE TRUS<br>DATED 12/30/05<br>60 TAI TAM RD TAI TAM<br>HONG KONG | 332 |
| SUNG-YOON CHUNG | 3-1303 DONG-AH APT<br>KWANGYO-DONG NAM-GU<br>INCHEON 402-705<br>KOREA | 8,800 |
| SURESH MANI | 2751 GEORGETOWN BLVD<br>ANN ARBOR MI 48105 | 8,365 |

12

## A123 SYSTEMS, INC.
## AS OF OCTOBER 24, 2012

### COMMON STOCKHOLDERS

| Name of stockholder | Mailing address of stockholder | Number of Shares |
|---|---|---|
| TERRANCE P MCGUIRE | 344 31ST STREET<br>HERMOSA BEACH CA 90254 | 100 |
| THE YUSUN KIM RILEY REVOCABLE TRUS | UAD DATED 05/18/00 YUSUN KIM RILEY &<br>GILBERT N RILEY JR TRUSTEES<br>A123 SYSTEMS, INC.<br>200 WEST STREET<br>WALTHAM MA 02451 | 373,705 |
| THOMAS DARDEN | ONE FRANKLIN TOWN BLVD APT 1606A<br>PHILADELPHIA PA 19103 | 4,084 |
| THOMAS E WARREN | 119 FAUBEL STREET<br>SARASOTA FL 34242 | 50 |
| TODD JAMES | 1528 ALTA AVE<br>SANTA MONICA CA 90402 | 66 |
| URSULA VAN ALMSICK | 7 WALTON PLACE<br>LONDON SW3 1RH<br>ENGLAND | 465 |
| VICKIE H TAYLOR & ALEX TAYLOR TTEE | THE TAYLOR FAMILY TRUST<br>DATED OCTOBER 3 1991<br>4609 ENCINAS DRIVE<br>LA CANADA CA 91011 | 50 |
| VINCE YAN YANJUNLI | A123 SYSTEMS SHANGHAI OFFICE<br>ROOM 1404<br>ZHONGRONG INTERNATIONAL BUILDING<br>NO. 1088 SOUTH PUDONG ROAD<br>SHANGHAI 200120 CHINA | 15,000 |
| WAI L WONG | 17 FAIRFIELD STREET<br>WEBSTER MA 01570 | 3,281 |
| WALLACE K TSUHA TRUSTEE | OR THE SUCCESSOR TRUSTEE OF THE<br>WALLACE K TSUHA TRUST U/A DATED<br>10/14/1991 AS AMENDED<br>3172 QUAIL RIDGE<br>ROCHESTER HILLS MI 48309 | 10,022 |

13

## A123 SYSTEMS, INC.
## AS OF OCTOBER 24, 2012

### COMMON STOCKHOLDERS

| Name of stockholder | Mailing address of stockholder | Number of Shares |
|---|---|---|
| WANG QIANG | 1 XIN WEI SIX ROAD<br>EPZ NEW DISTRICT<br>CHANGZHOU JIANGSU<br>CHINA 429001 | 375 |
| WENFENG SONG | A7 BUILDING CEP2<br>NO2 XINZHU RD<br>XINBEI DISTRICT<br>CHANGZHOU JIANGSU<br>CHINA | 1,250 |
| WILLIAM BERMAN | 136 SOUTHWEST AVENUE<br>P.O. BOX 374<br>JAMESTOWN RI 02835-0374 | 45,366 |
| WILLIAM JOHN GRAY | 18 MEYER RD<br>SAN RAFAEL CA 94901 | 66 |
| XIANGSHENG HUANG | 7-4-602 JIANGBEI YUANDING PARK<br>CHANGQING ROAD<br>JIANGHAN ZONE, WUHAN, CHINA<br>PC 430022 | 10,000 |
| XIZHEN WANG | 7# TONGGANG ROAD EPZ<br>NEW DISTRICT<br>ZHENJIANG<br>JIANGSU CHINA | 1,000 |
| XU LI | 7 TONGGANG ROAD EPZ<br>ZHENJIANG<br>JIANGSU 212132<br>CHINA | 1,500 |
| YASH SHAH | 5523 ELLSWORTH AVE #6B<br>PITTSBURGH PA 15232 | 2,125 |
| YINYAN JU | 1 XIN WEI SIX ROAD<br>EPX NEW DISTRICT<br>CHANGZHOU JIANGSU<br>CHINA | 325 |
| YIP WAH KEUNG | ROOM 2713 TSUI WO HOUSE<br>TAI WO ESTATE N T<br>TAI WO<br>HONG KONG | 10,000 |

A123 SYSTEMS, INC.
## AS OF OCTOBER 24, 2012

## COMMON STOCKHOLDERS

| Name of stockholder | Mailing address of stockholder | Number of Shares |
|---|---|---|
| YU YUYING | A7 BUILDING CEPZ NO 2<br>XINZHU RD<br>XINBEI DISTRICT<br>CHANGZHOU CITY<br>JIANGSU, CHINA | 125 |
| ZENG QINGCHEN | C/O A123 SYSTEMS<br>321 ARSENAL ST<br>WATERTOWN MA 02472 | 625 |
| ZENG QINGCHENG (CONTENT) | ATTN: HELEN DING<br>A123 SYSTEMS (CHINA)<br>NO. 8 BEIHAI ROAD<br>CHANGZHOU EXPORT PROCESSING ZONE<br>JIANGSU PROVINCE 213031 CHINA | 1,875 |
| ZUOSONG SHEN | NO. 18 LINGZHUANGZI ROAD<br>NANKAI DISTRICT<br>TIANJIN 300381<br>CHINA | 200 |
|  |  |  |
|  | TOTAL: | 313,900,610 |