**APPENDIX B**

Organizational Chart

# A123 Systems, Inc. Corporate Organizational Chart
*(as of February 6, 2013)*

