IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| B456 Systems, Inc., *et al.*,[1] | Case No. 12-12859 (KJC) |
| Debtors. | Jointly Administered |
| | Re: Docket No. 1398, 1535 |

**ORDER UNDER 11 U.S.C. § 327, FED. R. BANKR. P. 2014 AND DEL. BANKR. L.R. 2014-1 AUTHORIZING EMPLOYMENT AND RETENTION OF MOODY, FAMIGLIETTI & ANDRONICO, LLP TO PROVIDE FINANCIAL REVIEW SERVICES *NUNC PRO TUNC* TO DATE OF APPLICATION**

Upon the application (the "**Application**")[2] of the Debtors for an order, under Bankruptcy Code Section 327, Bankruptcy Rule 2014 and Local Rule 2014-1, authorizing the retention and appointment of Moody, Famiglietti & Andronico, LLP ("**MFA**") to provide Financial Review Services to the Debtors, as more fully set forth in the Application; and upon the Curley Declaration in support of the Application; and it appearing that the relief requested therein is in the best interests of the Debtors' estates, their creditors and other parties in interest; and good and sufficient notice of the Application having been given; and no other or further notice being required; and sufficient cause appearing therefor; it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Application is granted as set forth herein.

2. The Debtors are authorized to retain and employ MFA effective as of the date of filing of the Application, pursuant to Bankruptcy Code Section 327(a), to perform a

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: B456 Systems, Inc. (f/k/a A123 Systems, Inc.) (3876); B456 Securities Corporation (f/k/a/ A123 Securities Corporation) (5388); and Grid Storage Holdings LLC (N/A). The above-captioned Debtors' mailing address is c/o B456 Systems, Inc. (f/k/a A123 Systems, Inc.), 200 West Street, Waltham, Massachusetts 02451.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

RLF1 8519429v.1

review of the interim financial information of the Company on the terms set forth in the Application, the Engagement Letter and the Curley Declaration.

3. If any supplemental declarations or affidavits are filed and served after the entry of this Order, absent any objections filed within twenty (20) days after the filing and service of such supplemental declarations or affidavits, MFA's employment shall continue as authorized pursuant to this Order.

4. MFA shall be compensated upon appropriate application in accordance with Bankruptcy Code Section 328, the Bankruptcy Rules, the Local Rules and any applicable procedures and orders of this Court.

5. No work performed by MFA shall be duplicative or work performed by any other professional retained by the Debtors in these cases.

6. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this order.

Dated: April 29, 2013
Wilmington, Delaware

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

2

RLF1 8519429v.1