

546 Valley Road  
Upper Montclair, NJ 07043  
www.loganandco.com  
973-509-3190 Ph  
973-509-1131 Fx

June 1, 2017

Ms. Una O'Boyle, Clerk of Court  
United States Bankruptcy Court  
District of Delaware  
824 North Market Street, 3rd Floor  
Wilmington, Delaware 19801

Re: Certification of No Claim Activity Pursuant to Local Rule 2002-1(f)(vi)

Dear Ms O'Boyle:

Upon information and belief, no claim activity has occurred in the following case:

**B456 SYSTEMS, INC., ET AL., Case No. 12-12859**

If you have any questions or comments, do not hesitate to contact me.

Very truly yours,

Alan Reilly