# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>B456 Systems, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 12-12859 (KJC)<br><br>Jointly Administered<br><br>**Related to Docket Nos. 2516 and 2518** |

## FINAL DECREE CLOSING CHAPTER 11 CASE OF B456 SYSTEMS, INC. PURSUANT TO SECTION 350(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 3022

Upon consideration of the motion (the "**Motion**") of PIRINATE Consulting Group, LLC, the liquidation trustee (the "**Liquidation Trustee**") appointed in the above-captioned proceedings of B456 Systems, Inc. (f/k/a A123 Systems, Inc.), *et al.* (collectively, the "**Debtors**"), pursuant to section 350(a) of the Bankruptcy Code,[2] Bankruptcy Rule 3022, and Local Rule 3022-1, seeking to close the B456 Case; and the Court having been satisfied that B456 Systems, Inc. has achieved substantial consummation of the *Modified First Amended Joint Plan of Liquidation of B456 Systems, Inc., et al.*, as approved on May 20, 2013 [D.I 1675] (the "**Plan**"); and the Court having reviewed and considered the Final Report; and it appearing that the estate of B456 Systems, Inc. has been fully administered; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: B456 Systems, Inc. (f/k/a A123 Systems, Inc.) (3876); B456 Securities Corporation (f/k/a/ A123 Securities Corporation) (5388); and Grid Storage Holdings LLC (N/A). The above-captioned Debtors' mailing address is c/o A123 Systems, Inc., 200 West Street, Waltham, Massachusetts 02451.

[2] Capitalized terms used herein and not otherwise defined shall have the same meaning ascribed to them in the Motion.

1409; and due and proper notice of the Motion having been provided to the Notice Parties, and no other or further notice being required; and the Court having found that good and sufficient cause exists for granting the Motion, it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that the B456 Case is hereby closed as of the date of this Final Decree; *provided, however*, that the Court shall retain jurisdiction as is provided for in Article XIII of the Plan (Retention of Jurisdiction); and it is further

ORDERED that Logan is hereby relieved of its obligations to continue performing the services described in the order approving Logan's retention and the Services Agreement, and it is further

ORDERED that Logan shall, within twenty-eight (28) days of entry of this Order (i) upload the creditor mailing list into CM/ECF, (ii) docket one final claims register in the B456 Case containing the claims of all cases; and (iii) transport all original proofs of claim in the Chapter 11 Cases to the Philadelphia Federal Records Center, 14470 Townsend Road, Philadelphia, Pennsylvania 19154 and docket a completed SF 135 Form indicating the accession and location numbers of the archived claims, and it is further

ORDERED that Logan shall also (i) retain the original ballots and all other original paper correspondence, emails, facsimiles and other electronic transmissions received by Logan in the Chapter 11 Cases for a period of one (1) year following entry of an order closing the B456 Case, after which Logan may destroy the ballots and original paper correspondence, emails, facsimiles and other electronic transmissions in its discretion; and (ii) immediately destroy (a) all excess copies of notices, pleadings, plan solicitation documents, customized envelopes or other printed

31937019.5 04/12/2019

materials, and (b) all undeliverable and/or returned mail not previously destroyed, and it is further

ORDERED that the Liquidation Trustee shall be authorized to abandon, dispose and/or destroy the Debtors' books and records which are of no utility to the wind down of the estate; and it is further

ORERED that the Liquidation Trustee and the Liquidation Trust Oversight Committee shall retain the benefit of the exculpation and indemnification provisions set forth in Section 12.06 of the Plan; and it is further

ORERED that the Liquidation Trustee shall take such further actions as the Liquidation Trustee determines are necessary to close the B456 Case, and it is further

ORDERED that the Liquidation Trustee shall be authorized to donate to Akshaya Patra, a charitable organization, any Cash on hand remaining after all Liquidation Trust operating expenses and the Final Distribution are made; and it is further

ORDERED that a copy of this Final Decree shall be docketed in the B456 Case; and it is further

ORDERED that entry of this Final Decree is without prejudice to the rights of B456 Systems, Inc. or any party in interest to seek to reopen the B456 Case for cause; and it is further

31937019.5 04/12/2019

4

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: April 15, 2019
Wilmington, Delaware

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE