| **RECORDS TRANSMITTAL AND RECEIPT** | Complete and send original and two copies of this form to the appropriate Federal Records Center for approval prior to shipment of records. | Page 1 |
|---|---|---|

**1. TO** (Complete the address for the appropriate Records Center serving your area)
FRC - Philadelphia
Facility - 01
14700 TOWNSEND ROAD
PHILADELPHIA, PA, 19154

As shown in FPMR 101-11.410-1 ▶

**5. FROM** (Enter the name and complete mailing address of the office retiring the records. The signed receipt of this form will be sent to this address)

**Customer Reference Number: N/A**
U.S. Courts
578, United States Bankruptcy Courts

**U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 N. MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801**

**LOGAN & COMPANY, INC.
543 VALLEY ROAD
UPPER MONTCLAIR, NJ 07043**

**2. AGENCY TRANSFER AUTHORIZATION**
TRANSFERRING AGENCY OFFICIAL (Signature and Title)
BONNIE ANEMONE
DATE 04/24/2019

**3. AGENCY CONTACT**
TRANSFERRING AGENCY LIASION OFFICIAL (Name, Office and Telephone No.)
BONNIE ANEMONE
U.S. Courts
Phone (302)252-2542

**4. RECORDS CENTER RECEIPT**
RECORDS RECEIVED BY (Signature and Title)
FRC - Philadelphia
DATE

**6. RECORDS DATA**

| TRANSFER NUMBER | | | VOLUME (in ft.) | No. Of Containers | SERIES DESCRIPTION (with inclusive dates of records) | RESTRICTION | DISPOSITION AUTHORITY | DISPOSITION DATE | LOCATION | CONTAINER TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| RG (a) | FY (b) | NUMBER (c) | (d) | (e) | (f) | (g) | (h) | (i) | (j) | (k) |
| 578 | 2019 | 0126 | 7 | 7 | ^ UW - IN RE: B456 SYSTEMS, INC., ET AL., DEBTORS CASE NO. 12-12859 (KJC) CLAIMS 1-824 | Agency Personnel | DC2/A15A | 07/01/2039 | Facility - 01 | Standard |

Inclusive Start Date: 01/01/2012
Inclusive End Date: 12/31/2012

Security Classification: Unclassified
Security Level: Std Records-Std Storage

Disposition Code: Temporary
Disposition Hold : No Hold
Disposition Citation: DC2?A15A